IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02882-PAB-MJW

ENERGY DRILLING, LLC,

Plaintiff(s),

v.

OVERLAND RESOURCES, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Leave to Amend Complaint and for Joinder of Additional Defendants (Docket No. 40) is granted, finding good cause shown. Plaintiff shall forthwith file its Amended Complaint.

It is further ORDERED that the Stipulated Motion to Continue Deadlines and for Status Conference (Docket No. 41) is granted to the extent that a Status Conference shall be held before Magistrate Judge Watanabe on October 21, 2013, at 2:00 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80292 at which the court will discuss extending the Scheduling Order deadlines in this case.

Date: October 1, 2013