IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02882-PAB-MJW

ENERGY DRILLING, LLC,

Plaintiff(s),

v.

OVERLAND RESOURCES, LLC, and
HEI RESOURCES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Hei Resources, Inc.'s Unopposed Motion to Withdraw and Substitute Counsel of Record (Docket No. 80) is granted.  Accordingly, Donnie W. Wisenbaker, Esq., is withdrawn as counsel for defendant in this matter, and Daniel Stageman, Esq., is entered as counsel for defendant in this matter.

Date: June 9, 2014