IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02882-PAB-MJW

ENERGY DRILLING, LLC,

Plaintiff(s),

v.

OVERLAND RESOURCES, LLC, and
HEI RESOURCES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Order Allowing Counsel to Withdraw (Docket No. 83) is granted. Accordingly, William Hadden Zimmerling, Esq., is withdrawn as counsel for plaintiff in this matter.

Date: September 10, 2014