IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02882-PAB-MJW

ENERGY DRILLING, LLC,

    Plaintiff,

v.

OVERLAND RESOURCES, LLC,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on review of the file.  It appears that the discovery cutoff in this case was June 13, 2014, *see* Docket No. 70 at 9, and the parties filed a consent form [Docket No. 86] indicating unanimous consent to disposition of the above action by a United States Magistrate Judge on September 22, 2014.  According to D.C.COLO.LCivR 72.2, "[w]ritten consent to proceed before a magistrate judge must be filed not later than 14 days after the discovery cut-off date."  Therefore, it is

    **ORDERED** that, on or before 5:00 p.m. on October 6, 2014, the parties shall indicate why the Court's Order of Reference [Docket No. 90] should not be vacated pursuant to Fed. R. Civ. P. 636(c)(4).

    DATED September 30, 2014.

                                                  BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge