IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02882-PAB-MJW

ENERGY DRILLING, LLC,

    Plaintiff,

v.

OVERLAND RESOURCES, LLC, and
HEI RESOURCES, INC.,

    Defendants.

_____

**ORDER**
_____

    The Court takes up this matter *sua sponte* pursuant to its inherent authority to manage its dockets. This case was set for a three-day trial to court beginning October 13, 2015. During the first day of trial, the parties represented that they had reached a settlement agreement and put the principal terms of the agreement on the record. *See* Docket No. 126. Based on the parties' representation, the Court vacated the trial and ordered the parties to submit a stipulated notice of dismissal on or before October 26, 2015. *Id.* Despite numerous informal requests by the Court, no stipulated notice of dismissal has been filed and neither party has requested an extension of the October 26, 2015 deadline.

    Given the parties' representation that they have settled all claims in this action and their failure to submit a notice of dismissal, it is

    **ORDERED** that, unless the Court receives a stipulated notice of dismissal on or before November 30, 2015 or good cause is shown not to dismiss the case, this action will be dismissed with prejudice.

DATED November 18, 2015.

                                                   BY THE COURT:

                                                   s/Philip A. Brimmer  
                                                   PHILIP A. BRIMMER  
                                                   United States District Judge